Entered: May 22, 2012
Signed:  May 22, 2012

**SO ORDERED**



DAVID E. RICE
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:  07−10325 – DER     Chapter:  13

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Mary S. Welcome
*debtor has no known aliases*
Strathmore Towers Condos
Unit 300
6210 Park Heights Ave.
Baltimore, MD 21215

Social Security No.:   xxx−xx−7425

Employer's Tax I.D. No.:

## FINAL DECREE

Petition for Relief under Chapter 13 of Title 11, U.S. Code was filed by or against the above−named debtor(s) on 1/10/07.

The estate of the above−named debtor(s) has been fully administered.

The deposit required by the plan has been distributed.

ORDERED, that Nancy Spencer Grigsby is discharged as trustee of the estate of the above−named debtor(s); and the Chapter 13 case of the above named debtor(s) is closed.

**fnldec** – *laspivey*

**End of Order**